AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Florida

FILED BY _____ D.C.

DEC 2 6 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| RENWOOD ROLLE, and | ) | Case No.  12-8491-JMH |
| JOEY WENDELL-STUART, | ) | |
| | ) | |
| | ) | |

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 24, 2012_____ in the county of _____Palm Beach_____ in the _____Southern_____ District of _____Florida_____, the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 8 USC Section 1324(a)(2)(B)(ii) | Attempting to bring aliens to the United States for the purpose of commercial advantage or private financial gain. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Jon Longo, Special Agent, HSI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _12/26/12_

_____
_Judge's signature_

City and state:        West Palm Beach, Florida

James M. Hopkins, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

Your affiant, Jon A. Longo, first being duly sworn, does hereby depose and state as follows:

1.      Your Affiant is a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations (HSI), and has been so employed since February 2006.  Your Affiant is currently assigned to the Office of the Assistant Special Agent in Charge, West Palm Beach, Florida.

2.      As a Special Agent of HSI, your Affiant has received 23 weeks of training at the Federal Law Enforcement Training Center, which included the application of Federal Statutes, Federal Court procedures, and the techniques required to insure the admissibility of evidence at trial.  Your affiant has been a sworn Federal Special Agent with the Department of Homeland Security since July 2006.

3.   Your Affiant is familiar with the facts and circumstances surrounding this investigation as set forth herein, both from his own investigative efforts and from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein.  This affidavit is being submitted for the limited purpose of establishing probable cause to charge Renwood ROLLE and Joey WENDELL-STUART with the offense of attempting to bring aliens to the United States for the purpose of commercial advantage or private financial gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).  As such, it does not purport to set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause.

4.      At approximately 3:12 a.m., December 24, 2012, the United States Coast Guard (USCG) Station Lake Worth, Florida received information that a possible, migrant vessel was disabled three nautical miles southeast of Boynton Beach, Florida.   At approximately 4:09 a.m., the USCG's vessel approached a disabled, yellow, 20-foot, center console, Mako vessel approximately one mile off of the coast of Palm Beach County, Florida.   The vessel, which had one outboard motor, did not have any identifying registration numbers affixed to it.  The words "Cold Sport" were visible on each side of the vessel.  There were seven people onboard.

5.      As the USCG approached the disabled vessel, two USCG Petty Officers observed one black male at the helm of the vessel and another black male at the rear of the vessel working on the disabled engine.   The five remaining individuals are of Chinese descent.

6.      USCG personnel boarded the disabled vessel.  The two black males who were observed earlier at the vessel helm and engine were identified as ROLLE and WENDELL-STUART, both Bahamian nationals.   The five remaining individuals were identified as Chinese nationals.  None of the seven passengers aboard the vessel were United States Citizens nor had the proper immigrations documents to be present in the United States.

7.      On December 24, 2012, HSI Special Agents interviewed ROLLE and WENDELL-STUART separately at the U.S. Border Patrol Station in Riviera Beach, Florida.  After being read their *Miranda* Rights, both ROLLE and WENDELL-STUART waived their rights and agreed to speak with the Special Agents.

8.     ROLLE stated that he was the owner of the vessel and that he was to be paid $1,500.00 to transport the Chinese nationals from the Bahamas to 40 miles off its coast and transfer them to another vessel.  ROLLE stated that he assumed the Chinese nationals were going to the U.S., but since he was not bringing them all the way to the U.S. that he was "clean."  He said that WENDELL-STUART drove the vessel and that he worked the vessel's engine.  ROLLE stated that they waited for another vessel and when one did not come, that WENDELL-STUART decided to continue west.

9.     WENDELL-STUART stated that his cousin offered to give him "something" if he assisted ROLLE in taking ROLLE's vessel 40 miles off of the coast of the Bahamas where another vessel would meet them.  WENDELL-STUART believed the "something" would have been a form of payment— either money or drugs.  WENDELL-STUART stated that he and ROLLE took turns driving the vessel and working the vessel's engine. He said his cousin had given them a handheld GPS and the coordinates where they were to meet the other vessel.  They used to GPS to navigate to that location, but no other vessel arrived.  WENDELL-STUART said that after waiting for the other vessel they decided to continue west towards the U.S.  WENDELL-STUART stated that by the time he reached his cousin on his cellular telephone, their vessel was disabled, and his cousin told him that another vessel would come to meet them in 20 minutes. WENDELL-STUART said that the USCG arrived shortly after he spoke with his cousin.

10.     Based on the foregoing, your affiant believes that there exists sufficient probable cause to charge Renwood ROLLE and Joey WENDELL-STUART with

violating Title 8, United States Code, Section 1324(a)(2)(B)(ii); attempting to bring aliens

to the United States for the purpose of commercial advantage or private financial gain.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Special Agent Jon A. Longo
HOMELAND SECURITY INVESTIGATIONS

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 26TH DAY OF
DECEMBER, 2012, AT WEST PALM
BEACH, FLORIDA.

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### No.    12-8491-JMH

**UNITED STATES OF AMERICA**

**vs.**

**RENWOOD ROLLE, and**
**JOEY WENDELL-STUART,**

           **Defendants.**
_____/

### CRIMINAL COVER SHEET

1.    Did this matter originate from a matter pending in the Northern Region of the United States
      Attorney's Office prior to October 14, 2003?      _____ Yes   __X__ No

2.    Did this matter originate from a matter pending in the Central Region of the United States
      Attorney's Office prior to September 1, 2007?      _____ Yes   __X__ No


                         Respectfully submitted,

                         WIFREDO A. FERRER
                         UNITED STATES ATTORNEY


            BY:  _____
                         BRANDY BRENTARI GALLER
                         ASSISTANT UNITED STATES ATTORNEY
                         Brandy.Galler@usdoj.gov
                         Admin. No. A5501296
                         500 S. Australian Avenue, Suite 400
                         West Palm Beach, FL 33401-6235
                         Tel:  (561) 820-8711
                         Fax: (561) 820-8777

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 12-8491-JMH

### BOND RECOMMENDATION

DEFENDANT: RENWOOD ROLLE

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   Brandy Brentari Galler

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):   Special Agent Jon Longo

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

HSI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 12-8491-JMH

### BOND RECOMMENDATION

DEFENDANT: JOEY WENDELL-STUART

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   Brandy Brentari Galler

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):     Special Agent Jon Longo

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

HSI